EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>Justo A. Mendez Molina | 2018 TSPR 151<br><br>200 DPR ____ |

Número del Caso: TS-13,522

Fecha:  10 de agosto de 2018

Abogado del peticionario:

     Lcdo. Gabriel R. Avilés Aponte

Materia:  Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Justo A. Méndez Molina                TS-13,522

RESOLUCIÓN

En San Juan, Puerto Rico, a 10 de agosto de 2018.

Evaluada la "Moción urgente solicitando reinstalación al ejercicio de la abogacía en Puerto Rico" presentada por el Sr. Justo A. Méndez Molina, se provee con lugar y se le reinstala al ejercicio de la abogacía. Se le apercibe de que, en el futuro, no obedecer las órdenes de este Tribunal podría acarrear sanciones adicionales.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo. La Jueza Presidenta Oronoz Rodríguez y la Juez Asociada señora Rodríguez Rodríguez no intervinieron.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo